IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GREGORY CAVA and NANCY CAVA, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | Civil Action File No. 3:19-CV-00024-TCB |
| WILLIAM CHRISPEN, | ) ) ) | |
| Defendant. | ) | |

**ANSWER, CROSS-CLAIM, AND JURY DEMAND OF**
**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**

**ANSWER**

State Farm Mutual Automobile Insurance Company ("State Farm"), asserting its right to answer in the name of a defendant while reserving its rights under O.C.G.A. § 33-7-11, answers the plaintiff's Complaint as follows:

**FIRST DEFENSE**

Any uninsured motorist benefits payable under coverages on any applicable motor vehicle insurance policy are excess over any benefits paid or payable by State Farm and/or other carriers.

- 1 -

## SECOND DEFENSE

The failure to specifically state items of special damages sought in this action bars their recovery in this action.

## THIRD DEFENSE

To the extent that State Farm has made medical payments or other payments under coverages available to the plaintiff in the above-styled action, State Farm hereby claims a write-off, payment, and/or reduction from any judgment to prevent a duplication of benefits and an unwarranted double recovery.

## FOURTH DEFENSE

Plaintiff's claims are barred for failure to comply with the terms of the insurance policy.

## FIFTH DEFENSE

Responding to the specific allegations of the numbered paragraphs of plaintiff's Complaint, State Farm answers:

1.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

2.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

3.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

4.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

5.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

6.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

7.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

8.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

9.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

10.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

11.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

12.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

13.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

14.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

15.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

16.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

17.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

18.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

19.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

20.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

21.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

22.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

23.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

24.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

25.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

26.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

27.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

28.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

29.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

30.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

31.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

26.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

27.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

28.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

29.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

30.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

31.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

26.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

27.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

28.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

29.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

30.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

31.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

32.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

33.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

34.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

35.

State Farm is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

36.

Any allegation, language, or paragraph of plaintiff's Complaint not hereinbefore responded to is specifically denied by State Farm.

## **CROSS-CLAIM**

State Farm Mutual Automobile Insurance Company, having the rights of a party pursuant to O.C.G.A. § 33-7-11, states as its Cross-Claim the following:

1.

The named parties to this litigation are subject to the jurisdiction and venue of this Court.

2.

If defendant is found liable to plaintiff in any sum, and is determined to be uninsured, then State Farm is entitled to a judgment over against such defendant for all sums for which State Farm may be liable or has paid to plaintiff under O.C.G.A. § 33-7-11 or any provision of law or contract.

WHEREFORE, having answered, State Farm prays for a trial by a jury of twelve persons, that it be discharged with its costs and that it receive all further relief available under the law.  State Farm further prays for a determination that it has no obligation to provide any benefits to either party as a result of the incident referenced in the Complaint and for a determination that there is no coverage under the circumstances presented by this litigation.  Alternatively, State Farm prays for a judgment against the defendant for any amount paid or payable under any policy of insurance.

Submitted this 10th day of April, 2019.

*/s/ Trevor Hiestand*
_____
TREVOR G. HIESTAND
Attorney Bar Number: 351795
BRIAN C. MCCARTHY
Attorney Bar Number:  001322
Attorneys for State Farm
Waldon Adelman Castilla Hiestand & Prout
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
Telephone: (770) 953-1710
Facsimile: (770) 933-9162
Email: thiestand@wachp.com
Email: bmccarthy@wachp.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREGORY CAVA and<br>NANCY CAVA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM CHRISPEN,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action File<br>)  No. 3:19-CV-00024-TCB<br>)<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2019, I electronically filed the Answer, Cross-Claim, and Jury Demand of State Farm Mutual Automobile Insurance Company using the CM/ECF system in the United States District Court for the Northern District of Georgia, which will automatically send e-mail notification of such filing to the following attorney(s) of record:

    Peter A. Law, Esq.
    Denise D. Hoying, Esq.
    Brian C. Kaplan, Esq.
    Law & Moran
    563 Spring Street, NW
    Atlanta, GA  30308

Submitted this 10th day of April, 2019.

*[signature]*

_____
TREVOR G. HIESTAND
Attorney Bar Number: 351795
BRIAN C. MCCARTHY
Attorney Bar Number:  001322
Attorneys for State Farm
Waldon Adelman Castilla Hiestand & Prout
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
Telephone: (770) 953-1710
Facsimile: (770) 933-9162
Email: thiestand@wachp.com
Email: bmccarthy@wachp.com