IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GREGORY CAVA and NANCY CAVA, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action File |
| vs. | ) ) | No. 3:19-CV-00024-TCB |
| WILLIAM CHRISPEN, | ) ) ) | |
| Defendant. | ) | |

**<u>UNNAMED DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY'S 26(a)(1) INITIAL DISCLOSURES</u>**

**(1)  If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service an amended summons and complaint reflecting the information furnished in this disclosure response.**

   Not applicable.

**(2) Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff.  If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.**

1

None known to State Farm at this time.

**(3) Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by defendant in the responsive pleading.**

Facts to support any such defenses raised by State Farm will be forthcoming in discovery. State Farm has filed a cross-claim against Defendant Chrispen pursuant to O.C.G.A. § 33-7-11.

**(4) Describe in detail all statutes, codes, regulations, legal principles, standards and customs and usages, and illustrative case law which defendant contends are applicable in this action.**

(a)  O.C.G.A. § 33-7-11

**(5) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.  (Attach witness list to Initial Disclosures as Attachment A.)**

2

Plaintiffs Greggory Cava and Nancy Cava, Defendant William Chrispen, and representatives of State Farm. If other individuals are discovered, State Farm will supplement this response.

**(6) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate witness report satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)**

None at this time. State Farm reserves the right to retain experts to testify at trial, and will supplement its response to this disclosure, as required.

**(7) Provide a copy of, or description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)**

Please see Attachment C.

**(8) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by**

3

**category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)**

      Not applicable.

**(9) If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis for such liability.**

      Not applicable.

**(10)  Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)**

The policy of insurance issued by State Farm to plaintiff Harvey Parker will be provided.

Submitted this 10th day of April, 2019.

*/s/ Trevor Hiestand*
_____
TREVOR G. HIESTAND
Attorney Bar Number: 351795
BRIAN C. MCCARTHY
Attorney Bar Number:  001322
Attorneys for State Farm
Waldon Adelman Castilla Hiestand & Prout
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
Telephone: (770) 953-1710
Facsimile: (770) 933-9162
Email: thiestand@wachp.com
Email: bmccarthy@wachp.com

## **Attachment A**

A) Gregory Cava and Nancy Cava – can be contacted through plaintiff's counsel

B) William Chrispen  - can be contacted through defense counsel once he is served and an Answer is filed

C) Representatives of State Farm – Mr. Terry Tippins, Mr. Roy Westbrook, P.O. Box 10003, Duluth, Georgia  30096-9403

## **Attachment B**

Expert witnesses – none known at this time

## **Attachment C**

A) State Farm will file written responses to discovery requests propounded by plaintiff in this case. State Farm will attach documents in response to the request for production of documents propounded by plaintiff

## **Attachment D**

None at this time.  However, documents obtained through the discovery process in response to third-party document requests to Plaintiff's healthcare providers (pursuant to O.C.G.A. §9-11-34) will be made available for inspection to counsel at a mutually agreed upon date and time.

## **Attachment E**

A copy of the policy issued to plaintiffs Gregory Cava and Nancy Cava will be provided by supplementation.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GREGORY CAVA and NANCY CAVA, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action File ) No. 3:19-CV-00024-TCB ) |
| WILLIAM CHRISPEN, | ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2019, I electronically filed Defendant Witter's Initial Disclosures with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney(s) of record:

>Peter A. Law, Esq.
>Denise D. Hoying, Esq.
>Brian C. Kaplan, Esq.
>Law & Moran
>563 Spring Street, NW
>Atlanta, GA  30308

1

Submitted this 10th day of April, 2019.

*[signature]*

_____

TREVOR G. HIESTAND
Attorney Bar Number: 351795
BRIAN C. MCCARTHY
Attorney Bar Number:  001322
Attorneys for State Farm
Waldon Adelman Castilla Hiestand & Prout
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
Telephone: (770) 953-1710
Facsimile: (770) 933-9162
Email: thiestand@wachp.com
Email: bmccarthy@wachp.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certify that the foregoing pleading complies with the font and point selections approved by the Court and Local Rule 5.1B. The foregoing pleading has been prepared in 14 point Times New Roman font.

Submitted this 10th day of April, 2019.

_____
TREVOR G. HIESTAND
Attorney Bar Number: 351795
BRIAN C. MCCARTHY
Attorney Bar Number:  001322
Attorneys for State Farm
Waldon Adelman Castilla Hiestand & Prout
900 Circle 75 Parkway
Suite 1040
Atlanta, Georgia 30339
Telephone: (770) 953-1710
Facsimile: (770) 933-9162
Email: thiestand@wachp.com
Email: bmccarthy@wachp.com