## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| GREGORY CAVA and<br>NANCY CAVA, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO. 3:19-cv-00024-TCB |
| WILLIAM CHRISPEN | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT WILLIAM CHRISPEN'S INITIAL DISCLOSURES

(1)  If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.

**Upon information and belief, Defendant William Chrispen has been properly served.**

(2)  Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff.  If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.

**Unknown to the Defendant at this time.**

(3)  Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by defendant in the responsive pleading.

**Defenses asserted relating to the Court's jurisdiction and venue are based upon the fact that Plaintiff's Complaint insufficiently pleads this Court's jurisdiction, which is most likely based upon diversity.  Plaintiff is alleged to be a resident of the State of Illinois.  Plaintiff's Complaint, however, does not sufficiently allege the amount in controversy satisfies the required amount.**

(4)   Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which defendant contends are applicable to this action.

**Discovery is just beginning, but Defendant relies on the General Law of Georgia pertaining to negligence, causation and damages.**

(5) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**At this point, discovery is just beginning and Defendant has not yet served initial discovery.  Accordingly, Defendant knows only of those persons identified in the Plaintiff's disclosures. Defendant reserves the right to supplement this disclosure in due course as discovery progresses.**

(6)  Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.  For all experts described in Fed.R.Civ.P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule.

**Defendant will supplement his response to this disclosure as required by the scheduling order.**

(7)  Provide a copy of, or description by category and location of, all documents, date compilations or other electronically stored information, and tangible things in your possession, custody or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.

**See Attachment A.  Defendant reserves the right to supplement this disclosure in due course as discovery progresses.**

(8)  In the space provided below, provide a computation of any category of damages claimed by you.  In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed.R.Civ.P.34.

**Not applicable.**

(9)  If defendant contends that some other person or legal entity is, in whole or in part,

liable to the plaintiff or defendant in this matter, state the full name, address, and telephone

number of such person or entity and describe in detail the basis of such liability.

**Not applicable.**

(10)  Attach for inspection and copying as under Fed.R.Civ.P. 34 any insurance agreement

under which any person carrying on an insurance business may be liable to satisfy part or

all of a judgment which may be entered in this action or to indemnify or reimburse for

payments to satisfy the judgment.

**See Attachment B.**

This \_\_\_\_day of June, 2019.

Respectfully submitted,

**DOWNEY & CLEVELAND, LLP**

By:\_\_ /s/ W. Curtis Anderson _____
      **W. CURTIS ANDERSON**
      Georgia State Bar No. 018470
      anderson@downeycleveland.com
      Attorneys for Defendant

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D) of the Northern District of Georgia, I hereby certify

that this pleading has been prepared in compliance with Local Rule 5.1(C) using 14 point

Times New Roman.

**DOWNEY & CLEVELAND, LLP**

By:  /s/ W. Curtis Anderson
 **W. CURTIS ANDERSON**
 Georgia State Bar No. 018470
 anderson@downeycleveland.com
 Attorneys for Defendant

Downey & Cleveland, LLP
288 Washington Avenue
Marietta, GA 30060-1979
T: 770-422-3233
F: 770-423-4199

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will automatically send e-mail notification of such

filing to the following attorneys of record:

> Peter A. Law, Esq.
> Denise D. Hoying, Esq.
> Brian C. Kaplan, Esq.
> Law & Moran
> 563 Spring Street, NW
> Atlanta, GA 30308
> *Attorneys for Plaintiffs*

> Trevor G. Hiestand, Esq.
> Brian C. McCarthy, Esq.
> Waldon Adelman Castilla Hiestand & Prout
> 900 Circle 75 Parkway, Suite 1040
> Atlanta, GA 30339
> *Attorneys for State Farm*

This ⅃⃒ day of June, 2019.

**DOWNEY & CLEVELAND, LLP**

By:   /s/ W. Curtis Anderson
    **W. CURTIS ANDERSON**
    Georgia State Bar No. 018470

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| GREGORY CAVA and | ) |
| NANCY CAVA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| | )    CIVIL ACTION |
| v. | ) |
| | )    FILE NO. 3:19-cv-00024-TCB |
| WILLIAM CHRISPEN | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT WILLIAM CHRISPEN**

**ATTACHMENT A**

Defendant will provide photographs and information presently in Defendant's possession and will continue to supplement as discovery progresses.

- 2 -

## DEFENDANT WILLIAM CHRISPEN

## ATTACHMENT B

1.  Defendant Attach. B p. 1 Confirmation of Coverage for State Farm Mutual Automobile Insurance Company policy number 834988411B; in possession of Defendant's counsel of record.

 **State Farm**®                **Confirmation of Coverage**

<u>11-2355-C74</u>
Claim Number

This policy is issued by:

☒ State Farm Mutual Automobile Insurance Company
☐ State Farm County Mutual Insurance Company of Texas
☐ State Farm Fire and Casualty Company
☐ State Farm Lloyds
☐ State Farm Indemnity Company
☐ State Farm Guaranty Insurance Company
☐ State Farm Florida Insurance Company
☐ _____

(Write in the name of the appropriate State Farm® affiliate)

This certifies that policy number 834988411B, covering a(n) 2004 Toyota AVALON, 4T1BF28B94U390650, was issued to William A Chrispen and was in effect on the accident date of December 06, 2017. The coverages and limits of liability for this policy on that date were:

A 250/500/100,C 5,000,D200,G500,H,U 50/100/25

| | |
|---|---|
| **A** | Liability:  Bodily Injury each person / Bodily Injury each accident / Property Damage each accident or Single Limit |
| **B** | Property Damage Liability |
| **C** | Medical Payments Coverage |
| **D** | Comprehensive Coverage |
| **F** | Funeral Expense |
| **G** | Collision |
| **H** | Emergency Road Service |
| **L** | Physical Damage |
| **M** | Coverage Package |
| **N** | Personal Property Protection |
| **P** | Personal Injury Protection |
| **R** | Rental Coverage |
| **S** | Death |
| **U** | Uninsured Motor Vehicle: Bodily Injury each person / Bodily Injury each accident / Property Damage each accident |
| **U** | Uninsured Motor Vehicle (Reduced By At-Fault Liability Limits):  Bodily Injury each person / Bodily Injury each accident / Property Damage each accident **Georgia** |
| **UE** | Uninsured Motor Vehicle (Added to At-Fault Liability Limits):  Bodily Injury each person / Bodily Injury each accident / Property Damage each accident **Georgia** |
| **UNOC** | Use of Non Owned Cars |
| **W** | Underinsured Motor Vehicle:  Bodily Injury each person / Bodily Injury each accident / Property Damage each accident |
| **Z** | Loss of Earnings |

**This document is issued as a matter of information only and confers no rights upon the document holder. This document does not amend, extend, or alter the coverage, terms, exclusions, conditions, or other provisions afforded by the policies referenced herein.**

_____
Claim Team Manager